Commonwealth *v*. Paup, Appellant.

Argued September 12, 1968. *D. Scott Kelley,* Public Defender, for appellant; *Thomas*

*G. Ashton,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.